[No. 45722-9-II. Division Two. May 5, 2015.]

DANIEL LANCE KULMAN, *Respondent*, v. ANNE SETSUKO GIROUX, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-3-01158-4, Diana L. Kiesel, J. Pro Tem., entered November 21, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 45766-1-II. Division Two. May 5, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA L. DOERING, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00131-4, Amber L. Finlay, J., entered January 6, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46298-2-II. Division Two. May 5, 2015.]

*In the Matter of the Marriage of* TIMOTHY M. PUTMAN, *Appellant*, and DEANNE M. PUTMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-3-00130-8, James W. Lawler, J., entered May 2, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 46493-4-II. Division Two. May 5, 2015.]

*In the Matter of the Personal Restraint of* JD JONES BARTON, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.